# Court of Appeals
# of the State of Georgia

ATLANTA, July 23, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0648. MICHAEL A. BYRD v. JESSIQUE OMSTEAD et al.

After the trial court issued a default judgment against Michael A. Byrd, he moved to set aside the judgment. On April 21, 2026, the trial court denied Byrd's motion to set aside.[1] Byrd subsequently filed a motion for reconsideration of the denial of his motion to set aside. The trial court denied the reconsideration motion on June 10, 2026, and Byrd filed this application for discretionary appeal on July 10, 2026. We, however, lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35(d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). A motion for reconsideration does not extend the time for filing an appeal, and the denial of a motion for reconsideration is not appealable in its own right. *Bell v. Cohran*, 244 Ga. App. 510, 510–11 (536 SE2d 187) (2000).

Here, Byrd's application was untimely filed 80 days after entry of the April 21 denying his motion to set aside. Byrd's motion for reconsideration did not extend the time to file an application from that order, and the June 10 denial of his motion for reconsideration is not itself appealable. See OCGA § 5-6-35 (d); *Bell*, 244 Ga. App. at

---

[1] Byrd's direct appeal of the denial of his motion to set aside was dismissed for failing to follow the discretionary appeals procedure. Case No. A26A2302 (July 9, 2026).

510–11. Accordingly, we are without jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   07/23/2026_____*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*